IT IS SO ORDERED.

Dated: 22 April, 2010 03:37 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK1002344
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-10399 |
| Dan G. Dragomir<br>Cristina A. Dragomir | Chapter 7 |
| Debtors | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (3659 WALT COURT, CLEVELAND, OH 44111)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by US Bank, National Association successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company.

1

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 3659 Walt Court Cleveland, OH 44111.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0079176
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Virgil E. Brown, Jr - Trustee
2136 Noble Road
Cleveland, OH 44112
vbrownjr@ecf.epiqsystems.com
VIA ELECTRONIC SERVICE

Charter One Mortgage Corporation - Creditor
P.O. Box 6260
Attn: Bankruptcy
Glen Allen, VA 23058-6260
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Dan G. Dragomir - Debtor
3659 Walt Ct
Cleveland, OH 44111
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Cristina A. Dragomir - Debtor
3659 Walt Ct
Cleveland, OH 44111
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Tiaon Michele Lynch, Esq. - Attorney for Debtors
13317 Madison Ave
Lakewood, OH 44107
tlynchlaw@gmail.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K Pearson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE